**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

FILED
MAR 10  1 32 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

District Court
NHCT

DATE: March 1, 2004

Re: Capozzi v. Gale Group, Inc.

USCA Docket Number: 03-7088
DC Docket Number: 00-cv-2129
DC Judge Eginton

Dear Appeals Clerk:

Enclosed is a certified copy of the statement of costs filed 3/1/04 in the above-entitled case.

The mandate was issued to your office on 12/4/03.

Please include this statement of costs as part of the mandate by attaching it to the Summary Order issued 11/13/03.

Please acknowledge receipt of said copy of the statement of costs on the copy attached herewith and return to me.

Very truly yours,

ROSEANN B. MACKECHNIE, Clerk

By: _____
Julius Crockwell
Deputy Clerk, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

CERTIFIED: 3/1/04

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

# ITEMIZED AND VERIFIED BILL OF COSTS

Capozzi

v.                                  Docket No. 03-7088

Gale Group, Inc.

*FILED MAR 01 2004 — Roseann B. MacKechnie, CLERK, SECOND CIRCUIT*

Counsel for Defendant-Appellee respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Plaintiff-Appellant and in favor of Defendant-Appellee for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies _____ )

Costs of printing brief (necessary copies    15    )    Total attached $525.00

Costs of printing reply brief (necessary copies _____ )

I declare under penalty of perjury that the foregoing is true and correct.

(VERIFICATION HERE)

Subscribed and sworn to
before me this 25th day
of November, 2003.

_____
Commissioner of the Superior Court
Jonathan Plessner

_____
(Signature)
David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901
(203) 348-3737

itembcost_frm

STATEMENT OF COSTS
Taxed in the amount of $ 525.00 in favor of Appellee, Gale Group, Inc.
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney
Date 3/1/04

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

# ITEMIZED AND VERIFIED BILL OF COSTS

Capozzi

v.                            Docket No. 03-7088

Gale Group, Inc.

Counsel for **Defendant-Appellee** respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the **Plaintiff-Appellant** and in favor of **Defendant-Appellee** for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies _____ )

Costs of printing brief (necessary copies __15__ )    Total attached $525.00

Costs of printing reply brief (necessary copies _____ )

I declare under penalty of perjury that the foregoing is true and correct.

(VERIFICATION HERE)

Subscribed and sworn to
before me this 25th day
of November, 2003.

_____
Commissioner of the Superior Court
Jonathan Plissner

(Signature)
David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901
(203) 348-3737

itembcost_frm



COUNSEL PRESS

Epstein Becker & Green
One Landmark Square, Ste 1800
Stamford, CT 06901
Elizabeth S. Torkelsen, Esq.

Re: Capozzi v. The Gale Group
    Second Circuit
    Invoice # 3066004

### Bill of Costs

#### Appellee's Brief

| | |
|---|---:|
| 1 Typeset Cover (binding included) | $ 110.00 |
| 15 Copies, 63 Pages @ $0.4392 Per Page Per Copy | 415.00 |
| 1 Serve & File | 85..00 |
| Federal Express - Service | 17.00 |
| Federal Express – To Client | 19.00 |
| SUB-TOTAL: | $ 646.00 |
| APPLICABLE SALES TAX: | $ 38.76 |
| TOTAL: | $ 684.76 |

Counsel Press LLC  520 Eighth Avenue, 6th Floor  New York, NY 10018  212 685 9800 tel  212 447 1621 fax  www.counselpress.com

New York  Washington  Philadelphia  Boston  Buffalo  Woodbridge  Richmond  Los Angeles

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Itemized and Verified Bill of Costs was sent via U.S. Mail, postage prepaid, this 25th day of November 2003 to:

Francis D. Burke, Esq.
Mangines & Mangines
1115 Main Street, Suite 708
Bridgeport, Connecticut 06604

_____
Jonathan M. Plissner

ST:27264v1